IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAILLARD L. KING,

        Plaintiff,                      No. CIV S-07-0846 FCD JFM P

    vs.

T.L. CAREY, et al.,

        Defendants.              <u>ORDER</u>

                            /

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 2, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 4, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file an amended complaint on or before July 7, 2007.

DATED: June 8, 2007.

UNITED STATES MAGISTRATE JUDGE

/mp
king0846.36