1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MAILLIARD KING,

11          Plaintiff,                      No. CIV S-07-0846 FCD JFM P

12      vs.

13  D.K. SISTO, Warden, et al.,

14          Defendants.                     ORDER

15  _____/

16          Plaintiff has requested the appointment of counsel.  The United States Supreme

17  Court has ruled that district courts lack authority to require counsel to represent indigent

18  prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

19  certain exceptional circumstances, the court may request the voluntary assistance of counsel

20  pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

21  Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22  does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of

23  counsel will therefore be denied.

24  /////

25  /////

26  /////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 1, 2007 motion

2   for the appointment of counsel is denied.

3   DATED:  October 23, 2007.

4

5   _____
    UNITED STATES MAGISTRATE JUDGE

6

7   /ke
    king0846.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26