IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALLIARD KING,

    Plaintiff,                    No. CIV S-07-0846 FCD JFM P

    vs.

D.K. SISTO, Warden, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' January 2, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 23, 2008 application for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve and serve an opposition to defendants' January 2, 2008 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: February 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp
king0846.36(2)