IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALLIARD KING,

    Plaintiff,        No. 2:07-cv-0846 FCD JFM (PC)

    vs.

D.K. SISTO, Warden, et al.,

    Defendants.      <u>ORDER</u>

                            /

Plaintiff has requested an extension of time to file and serve a third amended complaint pursuant to the court's order of June 16, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's July 23, 2008 request for an extension of time is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve a third amended complaint.

DATED: July 31, 2008.

                                    UNITED STATES MAGISTRATE JUDGE

12/mp
king0846.36