IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALLIARD KING,

    Plaintiff,                     No. 2:07-cv-0846 FCD JFM (PC)

    vs.

D.K. SISTO, Warden, et al.,

    Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file and serve a second amended complaint pursuant to the court's order of November 4, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 25, 2008 application for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a second amended complaint.

DATED: December 9, 2008.

                                          UNITED STATES MAGISTRATE JUDGE

/mp/001
king0846.36(4)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26