IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALLIARD KING,

    Plaintiff,                  No. 2:07-cv-0846 FCD JFM (PC)

  vs.

D.K. SISTO, Warden, et al.,

    Defendants.            <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file a response to defendants' April 14, 2009, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's April 28, 2009, application for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve response to defendants' April 14, 2009, motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: May 5, 2009.

                                UNITED STATES MAGISTRATE JUDGE

/kly
king0846.36(5)