IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAILLIARD KING,

    Plaintiff,                    No. 2:07-cv-0846-FCD-JFM (PC)

    vs.

D. K. SISTO, et al.,

    Defendants.          <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 8, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

/////

---

[1] On July 21, 2009, plaintiff filed a letter directed to the magistrate judge. This document was entered as document # 56 in the docket in this action. Good cause appearing, the court construes this document as objections to the findings and recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the
3 entire file, the court finds the findings and recommendations to be supported by the record and
4 by proper analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1. The findings and recommendations filed July 8, 2009, are adopted in full; and
7    2. Plaintiff's April 9, 2009 request for temporary restraining order is denied.
8 DATED: August 11, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2